UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )     BK No.:  11-22793
Reynaldo and Ramonita Ruiz          )
                                    )
                                    )     Chapter: 11
                                    )
                                    )     Honorable A. Benjamin Goldgar
                                    )
         Debtor(s)                  )

**Order Granting Final Application for Compensation for Professional Services and for Reimbursement of Expanses Incurred on Behalf of Reynaldo and Ramonita Ruiz by Forrest L. Ingram, P.C.**

This matter came to be heard on the Final Application for Compensation for Professional Services and for Reimbursement of Expenses in Case No. 11-22793 of Forrest L. Ingram, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Forrest L. Ingram, P.C. is awarded $2,118.00 of the professional compensation requested for the time period beginning ~~December~~ March 1, 2011 and ending ~~February 29~~ April 27, 2012.

2. Debtors Reynaldo and Ramonita Ruiz are authorized to pay Forrest L. Ingram, P.C. the balance of $2,118.00.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 1 3 JUN 2012

**Prepared by:**

Forrest L. Ingram #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603

Rev: 201100318_bko