## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REYNALDO AND RAMONITA RUIZ | ) | Honorable Judge A. Benjamin Goldgar |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 11-22793 |
| | ) | |
| | ) | Hearing Date: July 11, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

## NOTICE OF MOTION

To:   See attached service list

**Please Take Notice** that on, **July 11, 2012 at 10:00 a.m.**, the undersigned will appear before the Honorable A Benjamin Goldgar, Bankruptcy Judge, in Courtroom 613, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **Debtors' Motion for Final Decree and to Shorten Notice**, a copy of which is enclosed herewith and served upon you.

/s/ Brent Wilson

Forrest L. Ingram, #3129032
Brent Wilson, #6305161
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
312.759.2838

## CERTIFICATE OF SERVICE

I, Brent Wilson, an attorney, certify that I have served a true and correct copy of the above notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing or U.S. Mail, first class, postage prepaid from 79 W. Monroe St., Suite 900, Chicago, IL 60603, as indicated on the list, at or before 5:00 p.m. on June 21, 2012.

/s/ Brent Wilson

1

## Service List

**Via CM/ECF:**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Sovereign Bank
c/o Pierce and Associates, P.C.
1 North Dearborn Street, Suite 1300
Chicago, IL 60602

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

**Via U.S. Mail:**

Reynaldo and Ramonita Ruiz
3016 N. Nagle
Chicago, IL 60634

Peoples Gas Light & Coke Company
130 East Randolph Drive
Chicago, IL 60601

Wells Fargo Bank, N.A.
Business Direct Division
100 West Washington Street, 8th Floor
Phoenix, AZ 85003-1803

Capital One, N.A.
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Capital One Bank, N.A. by
American InfoSource LP
P.O. Box 71083
Charlotte, NC 28272-1083

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

CR Evergreen II, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

Granite Recover, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

eCAST Settlement Corp.
P.O. Box 29262
New York, NY 10087-9262

Radian Guaranty, Inc.
c/o Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

GE Money Bank
Attn: Bankruptcy Department
P.O. Box 960061
Orlando, FL 32896-0661

Portfolio Recovery Associates, LLC
c/o Thd
P.O. Box 41067
Norfolk, VA 23541

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Chase Home Finance LLC
2820 East Sky Harbor Circle South
Phoenix, AZ 85034-4810

Citibank- Home Depot
P.O. Box 6497
Sioux Falls, SD 57117-6241

Citibank Sd, NA
P.O. Box 6241
Sioux Falls, SD 57117-6241

Garcia Medical Centers
P.O. Box 249
Winnetka, IL 60093-0249

Addison Radiology Associates, SC
5645 W. Addison Street
Chicago, IL 60634-4403

American Express
P.O. Box 981535
El Paso, TX 981535

Carsons Prairie Scott
P.O. Box 15521
Wilmington, DE 19850-8916

GEMB- Care Credit
P.O. Box 981127
El Paso, TX 79998-1127

Alliant Credit Union
Bankruptcy Department
11545 W. Touhy Ave
Chicago, IL 60666-5000

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2166

PNC Mortgage
5 North Main Street
Dayton, OH 45402-1902

JP Morgan Chase Bank – Pier1 Imports
P.O. Box 15298
Wilmington, DE 19850-5298

Hispanic American Endoscopy CE
P.O. Box 249
Winnetka, IL 60093-0249

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REYNALDO AND RAMONITA RUIZ | ) | Honorable Judge A. Benjamin Goldgar |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 11-22793 |
| | ) | |
| | ) | Hearing Date: July 11, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

### DEBTORS' MOTION FOR FINAL DECREE AND TO SHORTEN NOTICE

NOW COME the Debtors and Debtors In Possession Reynaldo Ruiz and Ramonita Ruiz (the "Debtors"), by and through their attorneys at FORREST L. INGRAM, P.C., and moves this Honorable Court to close this case. In support thereof, Debtors state as follows:

1. On May 31, 2011, Debtors filed a voluntary petition under chapter 13 of the Bankruptcy Code.

2. The Debtors converted their case to a case under chapter 11 of the Bankruptcy Code on September 7, 2011.

3. The Debtors have continued to manage their affairs and assets as debtors in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

4. On April 25, 2012, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of the Debtors' Second Modified Plan of Reorganization and, at that hearing, confirmed the Debtors' Plan.

5. On June 21, 2012, the Debtors filed with this Court the status report of initial payments under the Plan in accordance with Rule 2015 indicating that the Debtors are currently executing their Plan as confirmed by this Court.

4

6. The post-confirmation status date was set by this Court for July 11, 2012 at 10:00 a.m. The Debtors have set this motion for that date and time and hereby request that notice be shortened to that given.

**WHEREFORE**, the Debtors request that this Court enter an Order closing the case, shortening notice to that given, and for such other relief this Court deems just.

Dated: June 21, 2012

Respectfully submitted,
Reynaldo and Ramonita Ruiz

By:  /s/  Brent Wilson
One of their attorneys

Forrest L. Ingram, #3129032
Brent Wilson, #6305161
FORREST L. INGRAM, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858
(312) 759-2838 fax
fingram@fingramlaw.com