UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>REYNALDO IVAN RUIZ and<br>RAMONITA GOMEZ RUIZ, his wife<br><br>Debtor(s) | BK No.: 11-22793<br><br>Chapter: 11<br><br>Honorable A. Benjamin Goldgar |

### ORDER ENTERING FINAL DECREE AND SHORTENING NOTICE

This matter coming before the Court on the status hearing on Debtors' confirmed Plan,

IT IS HEREBY ORDERED:

1. That pursuant to Local Rule 3022-1 cause exists for entering a final decree and, therefore, a final decree is hereby entered; and
2. Notice for this Motion shall be shortened to that given.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 1 1 JUL 2012

**Prepared by:**

Brent Wilson, 6305161
Forrest L. Ingram, P.C.

Rev: 201100318_bko